IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:20-CR-000331

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| ERIC M. HILL, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**THIS MATTER** is before the Court on Defendant Eric M. Hill's unopposed Motion for the Return of his United States Passport. Doc. No. 43. For the reasons stated in the Motion, the Court **GRANTS** the Motion. It is hereby **ORDERED** that the Defendant's United States Passport be returned to him.

**SO ORDERED**

Signed: December 7, 2022

Kenneth D. Bell
United States District Judge

1